MARTIN WRIGHT and Another v. JOHN IRVING RUSSELL.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ROBERT MASTRUZZI, an Infant, etc., by His Guardian ad Litem, CONCETTA MASTRUZZI, and Others, v. SALVATORE ALOI.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

KATHERINE F. LAMONT and Another v. SCHIMM HOLDING CORPORATION.— Motion for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

WILLIAM LURIE v. NEW AMSTERDAM CASUALTY COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

LEOTA TEEL v. BLAISE COCHEO.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of Proving the Last Will and Testament of FERDINAND STRAUS, Deceased, as a Will of Real and Personal Property.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CHARLES H. J. DILG v. THE BANK OF UNITED STATES.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars·costs. Present —Martin, P. J., O'Malley, Townley and Glennon, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of HARRIET ASINOFF v. JEROME WOLFMANN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

DAVID LEAVENWORTH, as Receiver of All the Assets, Effects and Property of GALVIN MORRIS CORPORATION, v. LYLESON CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

JOHN MORRISON v. JACOB KEUR and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH H. ABRAHAM v. SAMUEL LEWIS ABRAHAM.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, O'Malley and Untermyer, JJ.

ROBERT L. STOTT and Others v. HARTFORD ACCIDENT AND INDEMNITY COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.